**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

REGINALD L. DUNAHUE                                                                           PLAINTIFF
ADC #106911

v.                                          No. 5:03CV00032 JLH

CLARENCE BASS, Lt., and
LATECIA STRAIN, Varner Unit,
Arkansas Department of Correction                                                        DEFENDANTS

## JUDGMENT

This case came on for trial on the 28th day of March, 2006.  Reginald Dunahue appeared in person and through his attorney, Stewart K. Lambert.  Clarence Bass and Latecia Strain appeared in person and through their attorneys, Susannah Catherine Raney and Patrick E. Hollingsworth.  All parties announced ready for trial, and a jury of 12 was duly selected and sworn.

On the 29th day of March, 2006, the jury returned verdicts as follows:

On plaintiff Reginald Dunahue's claim against defendant Latecia Strain, as submitted in Instruction Five, we find in favor of:

_____*Latecia Strain*_____
(Plaintiff (name))     or     (Defendant (name))
\* \* \*

_/s/ Ronald L. Taylor_____
FOREPERSON
DATED:  *3/29/06*_____
\* \* \*

On plaintiff Reginald Dunahue's claim against defendant Clarence Bass, as submitted in Instruction Nine, we find in favor of:

_____*Clarence Bass*_____
(Plaintiff (name))     or     (Defendant (name))
\* \* \*

_/s/ Ronald L. Taylor_____
FOREPERSON
DATED:  *3/29/06*_____

Judgment is therefore entered in favor of the defendants on all claims. Plaintiff shall take nothing. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE